FILED

07/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-22-0173

KARL KNUCHEL
WEBSTER CRIST
**Karl Knuchel, P.C.**
101 North E Street
P.O. Box 953
Livingston, MT  59047
Telephone:  406/222-0135
Email:  karl@knuchelpc.com
ATTORNEY FOR DEFENDANTS/APPELLANTS

_____

| | |
|---|---|
| KELLI JONES (F/K/A KELLI PARKER), | ) |
| | ) |
| | ) |
| Petitioner/Appellee, | ) |
| and | ) |
| | ) |
| KEVIN PARKER and STACY SNAVELY, | ) |
| | ) **ORDER GRANTING** |
| Respondents/Appellants.) | **EXTENSION** |

Appeal from Cause No. DR 09-106 in the Sixth Judicial District Court of Montana, Park County, Judge Brenda Gilbert

Karl Knuchel
Karl Knuchel, P.C.
101 North E Street, P.O. Box 953       *Counsel for Respondents and Appellants*
Livingston, MT  59047
(406) 222-0135
karl@knuchelpc.com

Kevin Brown
Paoli & Brown, P.C.
116 West Callender
Livingston, MT 59047                   *Counsel for Petitioner and Appellee*
(406) 222-4420
kevin@paolibrown.com

UPON review of the *Unopposed Motion for Second Extension of Time to File Opening Brief* by counsel for the Respondents/Appellants herein and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file Appellant's Opening Brief is extended to the 11th day of August.

**ELECTRONICALLY SIGNED AND DATED BELOW**

cc:     Karl Knuchel
        Kevin Brown

Electronically signed by: 2
Mike McGrath
Chief Justice, Montana Supreme Court
July 5 2022